UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| TOMMY JACKSON | CIVIL ACTION NO. 06-0086 |
| versus | JUDGE HICKS |
| STEVE PRATOR, SHERIFF OF CADDO PARISH | MAGISTRATE JUDGE HORNSBY |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion for Summary Judgment [Doc. No. 19] is **GRANTED** and this civil action is **DISMISSED** because Plaintiff failed to exhaust his administrative remedies prior to filing suit.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 4th day of June, 2007.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE